IT IS SO ORDERED.

Dated: May 12, 2010
     03:51:04 PM

Kay Woods
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**RE:** Jerry E. Wheatcroft      Bankruptcy Case No.    06-40492
       Charlene D. Wheatcroft

## ORDER DISMISSING CHAPTER 13 CASE

☐ The debtor(s) has filed a request in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706, 1112 or 1208.

■ A party in interest other than the debtor(s) has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case. The court finds, after notice and a hearing, that the motion should be granted.

**IT IS ORDERED THAT:**

THIS CHAPTER 13 CASE IS HEREBY DISMISSED.

                       # # #